IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SILVIO OMAR HERNANDEZ-CUEVAS,

    Plaintiff,

v.                                    CASE NO. 4:17cv485-RH/CAS

JEFF SESSIONS et al.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation ECF No. 15. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed as moot." The clerk must close the file.

SO ORDERED on January 20, 2018.

                                                s/Robert L. Hinkle
                                                United States District Judge